IN THE DISTRICT COURT OF APPEAL OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME
EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

ROBERT MARK GREENE,                       )
                                          )
          Appellant,                      )
                                          )
v.                                        )          Case No. 5D17-182
                                          )
STATE OF FLORIDA,                         )
                                          )
          Appellee.                       )
_____ )

Opinion filed July 28, 2017.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Marion County; Jonathan D.
Ohlman, Circuit Judge.

Robert Mark Greene, pro se.


PER CURIAM.


          Affirmed.  See Borroto v. State, 19 So. 3d 411 (Fla. 5th DCA 2009);

Richardson v. State, 918 So. 2d 999 (Fla. 5th DCA 2006); Dabkowski v. State, 711 So.

2d 1219 (Fla. 5th DCA 1998); Sequoia v. State, 678 So. 2d 493 (Fla. 4th DCA 1996).



KELLY, PATRICIA J., MORRIS, ROBERT, and ROTHSTEIN-YOUAKIM, SUSAN H.,
Associate Judges, Concur.